B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Jones and Brown Company, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>36-2534934 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>145 N. Swift Road<br>Addison, IL<br>ZIP Code 60101 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Dupage | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box) | |
| | | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." | ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Jones and Brown Company, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b></td><td><b>Exhibit B</b></td></tr>
<tr>
<td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date)</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Jones and Brown Company, Inc.

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

Chad H. Gettleman, Esq. ARDC #944858
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name
53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604

_____
Address

312-435-1050  Fax: 312-435-1059
Telephone Number

March 14, 2008
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Ronald L. Krol
Printed Name of Authorized Individual

President
Title of Authorized Individual

March 14, 2008
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
### Northern District of Illinois

In re   Jones and Brown Company, Inc.

Debtor(s)

Case No.

Chapter   7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   423

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   March 14, 2008

Ronald L. Krol/President
Signer/Title

A T & T
BILL PAYMENT CENTER
SAGINAW, MI 48663


A1 AIR COMPRESSOR CORP
7139 Momentum Place
Chicago, IL 606895371


ABH MFG., INC.
1222 ARDMORE AVENUE
ITASCA, IL 60143


DAVID ABOYER
301 Stratford Place
#31
BLOOMINGDALE, IL 60108


ACCURATE LOCK & HARDWARE
ANNIE PLACE
STAMFORD, CI 06902


ACE DELIVERY SERVICE
799 ROOSEVELT ROAD
BLDG . 2  SUITE # 110
GLEN ELLYN, IL 60137-5908


ACQUIRRE, JOSE
961 WENNAMACHER AVENUE
AURORA, IL 60505


ACTION CAULKING & SEALANTS
625 EXECUTIVE DRIVE
WILLOWBROOK, IL 60527


ADAMS RITE MANUFACTURING CO.
P.O. BOX 643967
PITTSBURG, PA 15264-3967


ADDISON PIPE
P.O. BOX 440082
CHICAGO, IL 60644


ADDISON POLICE DEPARTMENT
3 FRIENDSHIP PLAZA
ADDIOSN, IL 60101

ADVANCED STEEL FABRICATION
181 RANDALL STREET
ELK GROVE, IL 60007


AIR FLOW ARCHITECTURAL, INC
7330 N. TEUTONIA AVE
MILWAUKEE, WI 53209-2006


AISC INDUSTRY FUND C/O LEGACY PROFESSION
3411 EAGLE WAY
CHICAGO, IL 60678-1341


AKRON HARDWARE CONSULTANTS
P.O. BOX 76087
CLEVELAND, OH 44101-4755


ALBANY HARDWARE
6740 BELT CIRCLE DRIVE
BEDFORD PARK, IL 60638


ALCAN COMPOSITIES
23160 NETWORK PLACE
CHICAGO, IL 60673-1231


ALCOA ARCHITECTURAL PRODUCTS
P.O. BOX 277445
ATLANTA, GA 30384-7445


ALEMBIC
Attn: Phil Bair
P.O. Box 291587
Nashville, TN 37229


ALL POWER TOOL INC
2130 PALMER DRIVE
SCHAUMBURG, IL 60173


ALLIANT ADVISORS
2500 W. HIGGINS ROAD
SUITE 105-115
HOFFMAN ESTATES, IL 60195


ALLIED WASTE SERVICES  #551
P.O. BOX 9001154
LOUSIVILLE, KY 40290-1154

ALLSTATE SAWS & MACHINING LLC
1137 MITCHELL ROAD
AURORA, IL 60505-9538


ALRO STEEL CORPORATION
4501 JAMES PLACE
MELROSE PARK, IL 60160


ALTERNATIVE COMPUTER TECHNOLOG
7908 CINCINNATI DAYTON ROAD
SUITE W
WEST CHESTER, OH 45069


ALVAREZ, BENJAMIN
511 51ST AVENUE
BELLWOOD, IL 60104


AMERICAN EXPRESS
P.O. BOX 0001
LOS ANGELES, CA 90096-0001


AMERICAN FABRICATOR SUPPLY
P.O. BOX 2948
NAPERVILLE, IL 60567


AMERICAN INSTITUTE OF STEEL CONSTRUCTION
5109 EAGLE WAY
CHICAGO, IL 60678-1051


ANCO STEEL COMPANY
P.O. BOX 246
MONTGOMERY, IL 60538-9246


ANDRADE, MANUEL
419 N. WESTMORE
VILLA PARK, IL 60181


ANDRADE, TRINDAD
1660 POPLAR AVENUE
HANOVER PARK, IL 60165


AREA CONSTRUCTION TRADES
1601 EMILY LANE
AURORA, IL 60504

AREA ERECTORS, INC.
2323 HARRISON AVENUE
ROCKFORD, IL 61104


ARNOLD AND BRANCH
361 BALM COURT
WOOD DALE, IL 60191


ASHER, TIM
5321 W. RTE. 17
KANKAKEE, IL 60901


ASSOCIATED GENERAL CONTRACTORS
OF GREATER MILWAUKEE
10400 INNOVATION DR #210
MILWAUKEE, WI 53226


ASSOCIATED STEEL ERECTORS
119 E Van Buren Street
Elmhurst, IL 60126


ASTROBLAST INC
1141 E Green Street
Franklin Park, IL 60131


AT & T
P.O. BOX 78045
PHOENIX, AZ 85062-8045


AT & T
P.O. BOX 8100
AURORA, IL 60507-8100


AT & T LONG DISTANCE
P.O. BOX 660688
DALLAS, TX 75266-0688


AT&T
P.O. BOX 277019
ATLANTA, GA 30384-7019


AT&T INTERNET SERVICES
P.O. BOX 650396
DALLAS, TX 75266-0396

AUTO TECH & TIRE, INC
126 E. BARBERS CORNER ROAD
BOLINGBROOK, IL 60440


BACKGROUND RESOURCES, INC
29W110 BUTTERFIELD
SUITE # 105
WARRENVILLE, IL 60555


BAER SUPPLY CO.
909 FOREST EDGE DRIVE
VERMON HILLS, IL 60061


BALMES, MICHAEL J.
3710 ORIOLE LANE
ROLLING MEADOWS, IL 60008


BARDAN SUPPLY INC
P.O. BOX 2049
LOVES PARK, IL 61130-0049


BARTAR, JOSEPH C.
2309 CHARMINGFARE DR.
WOODRIDGE, IL 60517


EDWARD BAUGHMAN


DAVID BAYER
N9887 17TH AVE. SOUTH
NECEDAH, WI 54646


JASON BEAUPRE
529 SHEPHERD LANE
GENEVA, IL 60134


BECERRA, MARTIN
1647 N. 40TH AVENUE
STONE PARK, IL 60165


CHRIS BENARD
3150 RIVERBURCH DRIVE
AURORA, IL 60502

BENITEZ, LUPE
3730 N. PACAIFIC
CHICAGO, IL 60634


BEST IMAGING
20 E. RANDOLPH
MEZZANINE LEVEL
CHICAGO, IL 60601


BHFX DIGITAL IMAGING
80 WEST SEEGERS ROAD
ARLINGTON HEIGHTS, IL 60005


BLACK DIAMOND PIPE & TUBE, INC
P.O. BOX 113
BEDFORD PARK, IL 60499


MILAN BLAHO
7337 S. WOODWARD
AVE 5-102
WOODRIDGE, IL 60517


BLECK ENGINEERING CO., INC.
1375 N. WESTERN AVENUE
LAKE FOREST, IL 60045-1226


BLUE CROSS BLUE SHIELD OF IL
P.O. BOX 1186
CHICAGO, IL 60690-1186


ROSS BOEHMER


WILLIAM R. BOEHMER
38 W 668 BONNIE CT
ST CHARLES, IL 60175


BOLLER CONSTRUCTION INC
3045 W Washington Street
WAUKEGAN, IL 60085


BOUCHER, SUSAN
10427 MEDILL AVENUE
MELROSE PARK, IL 60164

BOUDREAU, TIM
551 W. MERTENS
KANKAKEE, IL 60901


RON BRADY


BRIGHTLY GALVANIZING
3330 S. CICERO
CICERO, IL 60804


BRITZ, NATHAN
912 RIDGE SQUARE
UNIT 105
ELK GROVE VILLAGE, IL 60007


BRYAN KINSER ENTERPRISES, INC
3N442 LINDA LANE
ADDISON, IL 60101


ELIZABETH BURNS
1220 PALM DRIVE
WHEELING, IL 60090


C. D. GAMMON CO.
P. O. BOX 1000
WALWORTH, WI 53184-1000


CABALLERO, ANTONIO
913 SOUTHMOOR
ROUND LAKE BEACH, IL 60073


CANAM STEEL CORPORATION
613 SHEFFIELD LANE
BOLINGBROOK, IL 60440


CAPITAL CITY SHEET METAL, INC.
4938 FEMRITE DRIVE
MADISON, WI 53716


CARNES, JOHN A.
1016 WINDHAVEN ROAD
LIBERTYVILLE, IL 60048

NOLAN CAULKING
131 WILLOW STREET
ROSELLE, IL 60172


CEMCON, LTD.
2280 WHITE OAK CIRCLE
SUITE 100
AURORA, IL 60502-9675


CENTRAL ELECTRONIC SECURITY,
P.O. BOX 1289
BRIDGEVIEW, IL 60455


CENTRAL STEEL & WIRE
3000 W. 51ST STREET
CHICAGO, IL 60632


CENTRAL STEEL & WIRE CO.,
P.O. BOX 5100
CHICAGO, IL 60680


CENTURY DOOR & LOCK CO., LTD
1301 LANDMEIER RODAD
ELK GROVE VILLAGE, IL 60007


KEITH CHANEY
2300 1ST AVENUE
TERRE HAUTE, IL 47804


LARRY CHANEY


MARK CHANEY


CHICAGO HEIGHTS CONSTRUCTION
1535 OTTO BOULEVARD
CHICAGO HTS., IL 60411


CHICAGO HOLLOW METAL, INC.
38W640 SUNSET DRIVE
ST. CHARLES, IL 60175

CHICAGO TRIBUNE
P.O. BOX 6315
CHICAGO, IL 60680-6315


CINTAS CORPORATION
P.O. BOX 7759
ROMEOVILLE, IL 60446


CINTAS FIRST AID & SAFETY
1870 BRUMMEL DRIVE
ELK GROVE VILLAGE, IL 60007


CLARION CONSTRUCTION, INC.
58 EISENHOWER LANE
LOMBARD, IL 60148


DANIEL CLAYTON
324 NORTH ILLINOIS
VILLA PARK, IL 60181


CMC JOIST
DEPT 1049
P.O. BOX 121049
DALLAS, TX 75312-1049


COLUMBUS McKINNON CORP
Division of Crain Equipment
10321 Werch Drive
Woodridge, IL 605174943


COMBINED MECHANICAL INDUSTRIES
3 GOLF CENTER, # 366
HOFFMAN ESTATES, IL 60169


COMED
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001


COMPASS SURVEYING LTD
2631 GINGER WOODS PARKWAY
SUITE # 100
AURORA, IL 60502

COMPU-DETAIL, INC.
2176 GLADSTONE CT
STE D
GLENDALE HEIGHTS, IL 60139


CONSOLIDATED SYSTEMS, INC
THE METAL DEK GROUP
P.O. BOX 751660
CHARLOTTE, NC 28275


CONSTRUCTION COMMUNICATIONS
24445 NORTHWESTERN
HIGHWAY STE. 218
SOUTHFIELD, MI 48075-2437


CONSTRUCTION FINANCIAL
MANAGEMENT ASSOCIATION
29 EMMONS DRIVE SUITE # F-50
PRINCETON, NJ 08540


CONSTRUCTIONS CONCEPTS
N118W18845 BUNSEN DRIVE
GERMANTOWN, WI 53022


COOK COUNTY CLERK
VITAL STATISTICS
P.O. BOX 642570
CHICAGO, IL 60664-2570


CORNERSTONE SOLUTIONS
120 WEST 22ND STREET
SUITE # 350
OAK BROOK, IL 60523


STEVE COSGROVE
4629 W. 106TH STREET
OAK LAWN, IL 60453


CP INCORPORATED
4646 W. HURON STREET
CHICAGO, IL 60644


CRAIN'S CHICAGO BUSINESS
DRAWER # 7718
P.O. BOX 79001
DETROIT, MI 48279-7718

JOHN G. CREIGHTON
208 E. TRAUBE AVENUE
WESTMONT, IL 60559


PATRICK CREIGHTON
1 S. 763 WESTVIEW AVENUE
LOMBARD, IL 60148


CRITES, MICHAEL O.
18 ASH STREET
CARPENTERSVILLE, IL 60110


CUASAY & ASSOCIATES
720 Industrial Drive
Suite 1E
Bensnville, IL 60106


JOSH CUNNING


DELTA DENTAL PLAN OF ILLINOIS
DEPARTMENT 1030
P.O. BOX 805275
CHICAGO, IL 60680-5275


DESIGNED EQUIPMENT CORPORATION
6700 W Toughy Avenue
Niles, IL 60714


DETEX
302 DETEX DRIVE
NEW BRAUNFELS, TX 78130


DICKSON
930 SOUTH WESTWOOD AVENUE
ADDISON, IL 60101


NORA DIEDEN
6530 DOUBLE EAGLE
WOODRIDGE, IL 60517


DOCUMENTATION ADMINISTRATION
125 WEST ORCHARD STREET
ITASCA, IL 60143-1764

DON - JO MFG, INC.
P.O. BOX 929
STERLING, MA 01564-0929


DRAFT TEC, INC.
1255 ERIE COURT  UNIT D
CROWN POINT, IN 46307


DRUGIS, JAMES
289 N. CATALPA AVENUE
WOOD DALE, IL 60191


DUPAGE COUNTY COLLECTOR
P.O. BOX 787
WHEATON, IL 60189-0787


DWYER, RYAN
5233 JAMES LANE
CRESTWOOD, IL 60445


E-Z BAGGE COMPANY
P.O. BOX 2441
CHICAGO, IL 60690


EAGLE GRINDING WHEEL CORP
2519 W. FULTON STREET
CHICAGO, IL 60612


ECOMPUTER OFFICE PRODUCTS
655 W. GRAND AVENUE
STE # 170
ELMHURST, IL 60126


ENTERPRISE FLEET SERVICES
ACCOUNTS RECEIVABLE 1P99
395 ROOSEVELT ROAD
GLEN ELLYN, IL 60137


EQUIPMENT MAINTENANCE
P.O. BOX 144
HAMPSHIRE, IL 60140


JASON M. ERWIN
2681 ROSEHALL LANE
AURORA, IL 60503

ESTRADA, JOSE
3229 S. 50TH AVENUE
CICERO, IL 60804


EXPRESS HARDWARE
1203 S NORTHWEST HWY
BARRINGTON, IL 60010


F. K. KETLER CO.
5301 W. 65TH STREET
UNIT E
BEDFORD PK, IL 60638-5640


FABRICATION SPECIALTIES INC.
8301 SOUTH 77TH AVENUE
BRIDGEVIEW, IL 60455


FABTROL SOFTWARE
1025 WILLAMETTE STREET
STE # 300
Eugene, OR 97401


FASTENAL COMPANY
P.O. BOX 978
WINONA, MN 55987-0978


FASTRACK HARDWARE INC
W165N5690 CONTINENTAL PWY
MENOMONEE FALLS, WI 53051


FEDEX
P.O. BOX 94515
PALATINE, IL 60094-4515


FIRESTONE METAL PRODUCTS
P.O. BOX 1150
MI 79
MINNEAPOLIS, MN 55480-1150


ALAN FISHER
1880 TAMAHAWK LANE
NAPERVILLE, IL 60564

FORT DEARBORN PARTNERS
123 N. WACKER
CHICAGO, IL 60606


FRAMEWORKS MFG INC
3801 YALE ST
HOUSTON, TX 77018


GARCIA, TIBURCIO
4633 KIRCHOFF
ROLLING MEADOWS, IL 60008


GILCO SCAFFOLDING CO
515 JARVIS
DES PLAINES, IL 60018


DIANA GONZALEZ
640 N. LOMBARD RD.
ADDISON, IL 60101


RICHARD GOODMAN
3935 MICHAEL LANE
GLENVIEW, IL 60026


GRAINGER
DEPT. 811765114
PALATINE, IL 60038-0001


LUTHER GRAVER


GREEN, SHERYL A.
1273 COUNTRY GLEN
CAROL STREAM, IL 60188


EUGENE GRINBERG
5801 W. 117TH PLACE
ALSIP, IL 60803


EUGENE GRINBERG
525 SEVILLE AVE.
NAPERVILLE, IL 60565

GUARDIAN INSURANCE
P.O. BOX 95101
CHICAGO, IL 60694-5101


GUZMAN, LONGINO
619 N. CRAIG PLACE
ADDISON, IL 60101


HAGER HINGE CO.
139 VICTOR STREET
ST LOUIS, MO 63104-4736


HARDWARE SUPPLIERS OF AMERICA
P.O. BOX 890669
CHARLOTTE, NC 28289-0669


HARMON BROWN LINITED PARTNERSH
C/O MARYSUE BROWN
6522 MAXWELL DRIVE
WOODRIDGE, IL 60517


RICHARD HARSHBARGER
126 FAIRLANE DR.
Joliet, IL 60431


HEARD, DENISE
126 RED HILL TRAIL, 2B
CAROL STREAM, IL 60188


HEDGREN, MATHEW V.
32 S. MAIN STREET
APT. 3
SUGAR GROVE, IL 60554


HERRERA, RAYMOND
2103 N. HOYNE
CHICAGO, IL 60647


HILTI INC
P.O. BOX 382002
PITTSBURGH, PA 15250


IDEAL CRANE RENTAL, INC.
4349 ACKER ROAD
MADISON, WI 53704

MARK IHDE
711 80TH STREET
DOWNERS GROVE, IL 60515


IKON FINANCIAL SERVICES
P.O. BOX 650016
DALLAS, TX 75265-0016


IKON OFFICE SOLUTIONS
P.O. BOX 802815
CHICAGO, IL 60680-2815


ILLINOIES SECRETARY OF STATE
MICHAEL J. HOWLETT BUILDING
501 SOUTH 2ND STREET, RM 328
SPRINGFIELD, IL 62756


ILLINOIS DEPARTMENT OF REVENUE
RETAILERS' OCCUPATION TAX
SPRINGFIELD, IL 62796-0001


ILLINOIS FIRE & SAFETY COMPANY
702 S. ROHLWING ROAD
ADDISON, IL 60101


IMBERT CONSTRUCTION INDUSTRIES
7030 N. AUSTIN AVENUE
NILES, IL 60714


IMPACT GROUP TRANSITIONS, LLC
12977 N. OUTER 40 DRIVE
SUITE # 300
ST. LOUIS, MO 63141


INK IMAGES
P.O. BOX 585
DEKALB, IL 60115


INTEGRATED WEB SOLUTIONS
23605 N. GARDEN
LAKE ZURICH, IL 60047

IR SECURITY & SAFETY
75 REMITTANCE DRIVE
SUITE # 1190
CHICAGO, IL 60675-1190


IRWIN COMMERCIAL FINANCE CORP.
P.O. BOX 6214
INDIANAPOLIS, IN 46206-6214


J&L FASTENERS EXPRESS, INC.
680 BANBURY WAY
BOLINGBROOK, IL 60440


J.R. C. TRANSPORTATION INC.
P.O. BOX 15101
NEW ARK, NJ 07192-5101


JACKSON TOWING
110 PIERCE STREET
NORTH AURORA, IL 60542


JAY, PAUL
756 SWAIN AVENUE
ELMHURST, IL 60126


JIM NOSEK COMMUNICATIONS GRAPHICS
801 NEWCASTLE
WESTCHESTER, IL 60154


JMKC QUINCAILLERIE ARCHITECTUR
ARCHITECTURAL HARDWARE
2360 46TH AVENUE , QC
CANADA,   H8T2P3


JO - LAN
P.O. BOX 480
STREAMWOOD, IL 60107


DANN JOCHUM
7 WEST LARKSPUR LAND
BRISTOL, IL 60512


JOE KANAK ENTERPRISES, INC.
P.O. BOX 7192
WESTCHESTER, IL 60154

JOHN NEWELL & ASSOCIATES
7851 Taft Street
Merriville, IN 46410

JOHN SAKASH COMPANY, INC
P.O. BOX 210
ELMHURST, IL 60126

JOLIET STEEL AND CONSTRUCTION
1842 TERRY DRIVE
JOLIET, IL 60436

K & L FREIGHT MANAGEMENT, INC.
2715 NORTON CREEK DRIVE
WEST CHICAGO, IL 60185

K.M.B. ERECTORS.INC
1177 LAKEFIELD ROAD
GRAFTON, WI 53024

KACOA LANDSCAPING
15N 101 SHIREWOOD FARM ROAD
HAMPSHIRE, IL 60140

STAN KAMINSKI
6223 S. MASSASOIT
CHICAGO, IL 60638

KAMMES AUTO & TRUCK REPAIR
501 W. ARMY TRAIL RD
BLOOMINGDALE, IL 60108

KELDAHL, SHAWN
6576 LAKE ROAD, #8
WINDSOR, WI 53598

JAGDISH (JACK) L. KHURANA
9810 WILDWOOD CIR. 1D
MUNSTER, IN 46321

KONECRANES INC.
P.O. BOX 641807
PITTSBURGH, PA 15264-1807

KONICA MINOLTA BUSINESS
13847 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


KONICA MINOLTA BUSINESS SOL
21146 NETWORK PLACE
CHICAGO, IL 60673-1211


KRAUSE, ROSEMARIE
P.O. BOX 144
HAMPSHIRE, IL 60140


MIKE KROL
602 N. VINE STREET
HINSDALE, IL 60521


KROPP EQUIPMENT, INC
1020 KENNEDY AVE,
SCHERERVILLE, IN 46375


KTECH CONSULTING
2149 PRATT BLVD
ELK GROVE VILLAGE, IL 60007


KUT - WEL, KAPCOA
648 BENNETT ROAD
ELK GROVE, VI 60007


L & M HARDWARE LTD
388 GUNDERSON
CAROL STREAM, IL 60188


LAKE ORNAMENTAL INC.
485 N. PODLON DR
FRANKLIN PARK, IL 60131


TERRY LARSON
2303 MALLORY COURT
PALATINE, IL 60067


JOHNSEN LAURA
10340 S. MILLARD
CHICAGO, IL 60655

LCN CLOSERS
75 REMITTANCE DR
SUITE 1880
CHICAGO, IL 60675-1880


LIBERTY
PO Box 914
North Liberty, IN 46554


LIEBOVICH STEEL & ALUMINUM CO
2116 PRESTON STREET
ROCKFORD, IL 61102


LOGSDON OFFICE SUPPLY
1055 ARTHUR
ELK GROVE VILLAGE, IL 60007


THOMAS LONG
2350 N. KEDZIE AVE.
CHICAGO, IL 60647


LOPEZ, ADOLFO
216 SHOREWOOD DRIVE
GLENDALE HEIGHTS, IL 60139


LOPEZ, JORGE
1022 E. N. BROADWAY
LOMBARD, IL 60148


LOPEZ, MANUEL
1022 E. N. BROADWAY
LOMBARD, IL 60148


LYMAN, JOHN C.
620 MAYWOOD AVENUE
HOFFMAN ESTATES, IL 60194


M.C. DETAILERS
6481 Taft
Merriville, IN 46410


MANUFACTURERS' NEWS, INC.
1633 CENTRAL ST.
EVANSTON, IL 60201-1569

MANUFACTURING TECHNICAL SEARCH
ONE WESTBROOK CORPORATE CENTER
SUITE # 330
WESTCHESTER, IL 60154


NORMAN MARGALIT
1294 MARBLE HILL DRIVE
LAKE ZURICH, IL 60047


MARKIEWICZ, ADAM
12 S. BUSSE ROAD
MT. PROSPECT, IL 60056


MARTINEZ, ANGELO
400 N. FAIRLAWN
ROUND LAKE BEACH, IL 60073


MARZULLO REPORTING AGENCY
345 NORTH LASALLE, 1605
CHICAGO, IL 60610


MC MASTER-CARR SUPPLY CO.
P.O. BOX 7690
CHICAGO, IL 60680


MC NICHOLS CO.
BOX 101211
ATLANTA, GA 30392-1211


LAUREN MCCARTHY
1620 BUTTONWOOD
# 3222
SCHAUMBERG, IL 60173


MICHAEL McDONALD
9125 W. 174TH STREET
TINLEY PARK, IL 60487


MCGRAW - HILL CONSTRUCTION
REGIONAL PUBLICATIONS
P.O. BOX 74992
CLEVELAND, OH 44194-4992

McGRAW HILL
MIDWEST CONSTRUCTION/DCN-CHICAG
P.O. BOX 74992
CLEVELAND, OH 44194-4992


TERRY MCKEOWN
3N 266 MCNAIR
ADDISON, IL 60101


MCLEMORE, DANIEL K.
112 KLEIN CREEK COURT
UNIT D
CAROL STREAM, IL 60188


MECHANICAL TOWN SERVICES
1814 BEACH STREET
BROADVIEW, IL 60155


MENTO, JOHN W.
412A ST. JOHNS ROAD
WOODSTOCK, IL 60098


METAL CONSTRUCTION
4700 W. LAKE AVE
GLENVIEW, IL 60025


METAL ERECTORS INC.
1030 W. REPUBLIC
ADDISON, IL 60101


METROLIFT, INC
679 HEARTLAND DRIVE
SUGAR GROVE, IL 60554


METROPOLITAN STEEL, INC.
17950 CHAPPEL AVENUE
LANSING, IL 60438


MIDWEST WHOLESALE HARDWARE
1936 Solutions Center
Chicago, IL 606771009


MILLENNIA METALS
45 N. CHURCH
ADDISON, IL 60101

MICHAEL J. MILLIGAN
51 E. HIGHLAND DRIVE
BRISTOL, IL 60512


MJ & J CLEANING SERVICES
29W138 BARNES
WEST CHICAGO, IL 60185


TERRY MOONEY


MOORE FASTENING SYSTEMS
364 E. GUNDERSON DR
CAROL STREAM, IL 60188


MORIN CORPORATION
P.O. BOX 3028
685 MIDDLE STREET
BRISTOL, CT 06011-3028


MORTL SEALANTS & RESTORATION
610 N 119th Street
Wauwatosa, WI 53226


MOTION INDUSTRES
1790 WEST CORTLAND COURT
ADDISON, IL 60101


MOYE HANDLING SYSTEMS, INC
P.O. BOX 785
SOMERVILLE, NJ 08876


MULHERIN, REHFELDT,& VARCHETTO
211 S. WHEATON AVE
SUITE 200
WHEATON, IL 60187


SEAN MULLEN
2512 OAK TREE LANE
PLAINFIELD, IL 60586


MUNOZ, JOSE
4437 S. ST. LOUIS
CHICAGO, IL 60632

NACHTIGAL, JOE
3034 CHURCHILL DRIVE
MADISON, WI 53713


NAMASCO
75 REMITTANCE DR
SUITE 6402
CHICAGO, IL 60675-6402


NEOPOST LEASING
P.O. BOX 45822
SAN FRANCISCO, CA 94145-0822


EDWARD NETZEL
1254 S. MITCHELL AVE.
ARLINGTON HEIGHTS, IL 60005


NEW MILLENNIUM BUILDING SYSTEM
39383 TREASURY CENTER
CHICAGO, IL 60694-9300


NICOR GAS
P.O. BOX 416
AURORA, IL 60568-0001


NIZIOLEK, WITOLD
8048 W. STRONG STREET
NORRIDGE, IL 60656


NORTH STATES STEEL
DEPARTMENT 20-7005
P.O. BOX 5997
CAROL STREAM, IL 60197-5997


O'HOLLERAN, DANIEL H.
4450 N. PARKSIDE AVENUE
CHICAGO, IL 60630


OAK BROOK OFFICE SOLUTIONS
P.O. BOX 3863
OAK BROOK, IL 60522


OCE
12379 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

OCE FINANCIAL SERVICES INC.
13824 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


ODOM, TONY L.
855 PASQUINELLI DRIVE
WESTMONT, IL 60559


OISEZEWSKI, RONALD
495 MOORFIELD
MATTESON, IL 60443


OLSON JR., TERRENCE A.
1430 NORFOLK AVENUE
WESTCHESTER, IL 60154


ORNOFF'S WELDING SERVICE
9 W RIDGE AVENUE
PROSPECT HTS., IL 60070


ORTIZ, ANTONIO V.
2336 S. 50TH AVENUE
CICERO, IL 60804


OSCO INCORPORATED
P.O. BOX 70
LEMONT, IL 60439-0070


OSHKOSH ARCHITECTURAL DOOR
DEPT 3954
P.O. BOX 2088
MILWAUKEE, WI 53201-2088


OSHKOSH DOOR COMPANY
4303 SOLUTIONS CENTER
# 774303
CHICAGO, IL 60677-4003


PANELBLOC, INC.
8665 TYLER BLVD
MONTOR, OH 44060


PATEL, LANE S.
1042 BENT TREE COURT
ELIGIN, ID 60120

MARK PELOT
139 E. 34th STREET
STEGER, IL 60475


PEREZ, NICOLAS O.
1331 KINGSBURY DRIVE, #1
HANOVER PARK, IL 60133


PETER PEPPER PRODUCTS, INC.
17929 S. SUSANA ROAD
P.O. BOX 5769
CAMPTON, CA 90224


MICHAEL J. PILIPONIS
4811 PERSHING AVE.
DOWNERS GROVE, IL 60515


JIM PINDAK
733 WHITESAIL DR.
SCHAUMBERG, IL 60173


PINE ROOFING CO., INC.
5428 N. KEDZIE AVENUE
CHICAGO, IL 60625-3922


PITTCO ARCHITECTURAL METALS
1530 LANDMEIR ROAD
ELK GROVE VILLAGE, IL 60007


PITTSBURGH PAINTS
3500 W. NORTH AVENUE
STONE PARK, IL 60165


POHL INC. OF AMERICA
6161 W. DOUBLE EAGLE
WEST VALLEY CITY, UT 84118


POWER FASTENING SUPPLY CO.
129 E. HIGGINS RD
GILBERTS, IL 60136


PRE-CUT FABRICATORS
P.O. BOX 268
GLENWOOD, IL 60425

PRIME STAGING INC.
1220 NORTH ELLIS STREET
BENSENVILLE, IL 60106


PRO FASTENING SYSTEMS, INC
44 E. UNIVERSITY DR
ARLINGTON HEIGHTS, IL 60004


JOE PUNDA
600 S. KILDARE
CHICAGO, IL 60629


QUINCAILLERIE ARCHITECTURALE
2360 46TH AVENUE
LACHINE QC  CANADA H8T2P3


R & B WAGNER
P.O. BOX 423
BUTLER, WI 53007-0423


R.G. CONSTRUCTION SERVICES
936 NORTH LARCH AVE
ELMHURST, IL 60126


R.I. JOHNSON & ASSOCIATES
175 N. WASHINGTON ST
WHEATON, IL 60187-5312


RACO INTERIOR PRODUCTS, INC
P.O. BOX 841228
DALLAS, TX 75284-1228


RAINDANCE COMMUNICATIONS
1157 CENTURY DR
LOUISVILLE, CO 80027


REESE ENTERPRISES, INC
16350 ASHER AVE
P.O. BOX 459
ROSEMOUNT, MN 55068


REGENCY OFFICE PRODUCTS
5505 CREEDMOOR ROAD
SUITE # 220
RALEIGH, NC 27612

REICHMANN, EARL R.
1 NORTH STARGRASS LANE
ELBURN, IL 60119


RIECK AND CROTTY
55 WEST MONROE ST
SUITE 3390
CHICAGO, IL 60603-5062


ROBERDS CONVERTING
DEPT. L-113
CINCINNATI, OH 45270


ROCKWOOD MFG. CO
P.O. BOX 79
ROCKWOOD, PA 15557


RODRIGUEZ, HECTOR
5144 WASHINGTON STREET
HILLSIDE, IL 60162


RODRIGUEZ, JOHN G.
1339 W. 31ST STREET
CHICAGO, IL 60608


RODRIGUEZ, MARCOS ANTONIO
124 N. 11TH AVENUE
MELROSE PARK, IL 60160


RODRIGUEZ, RAMIRO
2033 WILLOW AVENUE
HANOVER PARK, IL 60133


ROMERO STEEL COMPANY, INC
1300 W. MAIN STREET
MELROSE PARK, IL 60160


ROPER, JESSE W.
114 DEL RIO
CARPENTERSVILLE, IL 60110


ROPER, SHAWN M.
114 DEL RIO
CARPENTERSVILLE, IL 60110

PIOTR ROZYCKI
618 PARKSIDE CIRCLE
STREANWOOD, IL 60107


MIGUEL RUIZ
802 BARCLAY DR.
BOLINGBROOK, IL 60440


CHRIS RUSH
15057 W. LONG MEADOW
LOCKPORT, IL 60441


S&S SALES CORPORATION
CAULK & PANEL DIVISION
12030 W. SILVER SPRING ROAD
MILWAUKEE, WI 53225


SAGE SOFTWARE, INC.
P.O. BOX 728
BEAVERTON, OR 97075-0728


SANQUE, ARMAND
3712 FIDAY ROAD
JOLIET, IL 60431


JAIME SARABIA
701 SPRINGWOOD DRIVE
JOLIET, IL 60431


SCAVONE III, JOSEPH G.
5811 W. 79TH STREET
BURBANK, IL 60459


SCHLAGE LOCK COMPANY
75 REMITTANCE DRIVE
SUITE #6079
CHICAGO, IL 60675-6079


SCHLAGE-LECTRONIC SECURITY
75 REMITTANCE DRIVE
SUITE# 6088
CHICAGO, IL 60675-6088

SCHORSCH, CARL J.
1190 WALNUT
HANOVER PARK, IL 60133


SCHULTZ, GREG
P.O. BOX 175
PALMYRA, WI 53156


SEALANT ENGINEERING ASSOCIATES
235 JAMES ST.
BENSENVILLE, IL 60106


SECRETARY OF STATE
LICENSE RENEWAL
3701 WINCHESTER ROAD
SPRINGFIELD, IL 62707-9700


SECRETARY OF STATE
DEPARTMENT OF BUSINESS SERVICES
ROOM 328 HOWLETTE BUILDING
SPRINGFEILD, IL 62756


SECURE SEALANT, INC
8730 W 47th Street
Lyons, IL 60534


SECURE TOOL & FASTENERS, CO.
1214 CAPITAL DRIVE  UNIT # 6
ADDISON, IL 60101


SECURITY DOOR CONTROLS
3580 WILLOW LANE
WESTLAKE VILLAGE, CA 91361


SECURITY LOCK DISTRIBUTORS
P.O. BOX 95
WESTWOOD, MA 02090


SELECT PRODUCTS LIMITED
9770 SHAVER ROAD
PORTAGE, MI 49024

SHEET METAL WORKERS #265
FRINGE BENEFIT FUNDS
PO Box 519
West Chicago, IL 60189


SHEET METAL WORKERS #265
Health & Welfare Fund- Productn
PO Box 519
West Chicago, IL 601860519


ANNE SIEBERT


SIEBERT, KINNERETH A.
5822 S. WALNUT AVENUE, #1B
DOWNERS GROVE, IL 60516


LAVERNE SILANSKIS
21W520 BURDETT ROAD
LOMBARD, IL 60148


KEITH SIMMONS


DAVID C. SINITZKI
5044 SWITCHGRASS LANE
NAPERVILLE, IL 60564


SMEDBO INC
P.O. BOX 002
LAKE FOREST, IL 60045


SMILANSKY, VLAD
1259 W. LAKE STREET
UNIT 203
ADDISON, IL 60101


SMITH, RANDY J.
9642 S. 78TH COURT
HICKORY, IL 60457


SOBOTEC LTD
67 BURFORD RD
HAMILTON ONTARIO L8E, 3C6

SOCCORSO, LINDA C.
616 DUPAGE AVENUE
ADDISON, IL 60101


SOFT STEEL INC.
7231 BOULDER AVE #226
HIGHLAND, CA 92346


SOLLERS, DONALD LEE
27 OLD FARM S. COURT
BRADLEY, IL 60915


SOUND SALES, LTD
201 WRIGHTWOOD AVENUE
ELMHURST, IL 60126


SPHRION CORPORATION
PO BOX 847872
DALLAS, TX 75284-7872


SPIDER
NW 5547
PO Box 1450
Minneapolis, MN 55485


SPRINGER BLUE PRINT SERVICE,
1064 S. WESTER AVENUE
CHICAGO, IL 60643


STAIRWAYS, INC.
4166 PINEMONT
HOUSTON, TX 77018


STEELCRAFT
75 REMITTANCE DRIVE
SUITE 1802
CHICAGO, IL 60675-1802


STEWARD STEEL
P.O. BOX 551
SIKESTON, MO 63801


STORAGE SYSTEMS INTERNATIONAL
1075 MOMENTUM PLACE
CHICAGO, IL 60689-5310

STRAHS, BOITZ & ASSOC., INC.
675 E. IRVING PARK RD
ROSELLE, IL 60172


STRAIGHT LINE ERECTORS, INC
7812 WEST 91ST STREET
HICKORY, IL 60457


STREICH CORPORATION
8230 86th COURT
JUSTICE, IL 60458


STUMPF, MANFRED J.
571 WELTER DRIVE
WOOD DALE, IL 60191


SUBURBAN DRIVELINE INC.
747 W. NORTH AVENUE
VILLA PARK, IL 60181


SUGAR STEEL CORPORATION
P.O. BOX 72009
CHICAGO, IL 60678-2009


SUPER ROCO STEEL & TUBE
323 ST. PAUL BLVD
CAROL STREAM, IL 60188


SUPERIOR INDUSTRIANL SUPPLY
7300 N. OAK PARK AVENUE
NILES, IL 60714


SUPERIOR LAMP INC
P.O. BOX 566
MOORHEAD, MN 56561-0566


SUPERL, INC.
7301 APOLLO COURT
LINO LAKES, MN 55014


SYTSMA, SCOTT
299 JOANNA COURT
APT. 302
ANTIOCH, IL 60002

TEE JAY SERVICE COMPANY, INC.
951 NORTH RADDANT ROAD
P.O. BOX 369
BATAVIA, IL 60510-0369


TEKLA, INC
114 Town Park Drive
Suite 500
Kennesaw, GA 30144


TERAMURA INERNATIONAL CORP
19142 S. VAN NESS AVE
TORRANCE, CA 90501


TERRACE SUPPLY COMPANY
P.O. BOX 5022
VILLA PARK, IL 60181


THE DAILY REPORTER
SDS-12-2603
P.O. BOX 86
MINNEAPOLIS, MN 55486-2603


THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY
PO BOX 0821
CAROL STREAM, IL 60132-0821


THE MCGRAW-HILL COMPANIES
P.O. BOX 2242
CAROL STREAM, IL 60132


THE SHERWIN-WILLIAMS CO.
807 W. NORTH AVE
VILLA PARK, IL 60181-1322


THOMPSON, DEBRA
2501B W. WINNEMAC AVENUE
APT. 6
CHICAGO, IL 60625


TODD, DUANE
219 NAVAJO TRAIL
BUFFALO GROVE, IL 60089

TREE TOWNS REPRO SERVICE, INC.
542 SPRING RD.,
ELMHURST, IL 60126


TRESPA NORTH AMERICA LTD
12267 CROSTHWAITE CIRCLE
POWAY, CA 92064


TRIMCO
3528 EMERY STREET
P.O. BOX 23277
LOS ANGELES, CA 90023-0277


TYDIX PRODUCTS
P.O. BOX 826
MORRO BAY, CA 93443


SCOTT TYLER
10731 S. MCGRAW DRIVE
OAK CREEK, WI 53154


TYRRELL, JOHN
481 LAKE STREET
CRYSTAL LAKE, IL 60014


U.S. CELLULAR
P.O. BOX 0203
PALAINE, IL 60055-0203


ULINE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085


UNDERWRITERS LABORATORIES INC.
P. O. BOX 75330
CHICAGO, IL 60675-5330


UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577


UPS SUPPLY CHAIN SOLUTIONS
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

US INSPECTION SERVICES
P.O. BOX 714860
COLUMBUS, OH 43271-4860


USF HOLLAND
27052 NETWORK PLACE
CHICAGO, IL 60673-1270


V-T INDUSTRIES INC
P.O. BOX 3172
OMAHA, NE 68103


TIM VALESTIN
5222 S. MELVINA
CHICAGO, IL 60638


VALMONT COATINGS
P.O. BOX 3366
OMAHA, NE 68176-0490


VERSATRAC
P.O. BOX 55187
HOUSTON, TX 77255-5187


VILLA PARK GLASS
631 N. ADDISON RD.,
VILLA PARK, IL 60181


VILLAFUERTE , MIGUEL
333 ROUND HILL COURT
BOLINGBROOK, IL 60440


VILLAFUERTE TREE SERVICES
1088 Crestwood Ln
Bolingbrook, IL 60440-1645


VILLAFUERTE, JOSE
1088 CRESTWOOD LANE
BOLINGBROOK, IL 60440


VILLAFUERTE, RAMIRO A.
500 W. DIVISION
VILLA PARK, IL 60181

VILLAFUERTE, UVERTINO
383N WESTMONT AVENUE
VILLA PARK, IL 60181


VILLAGE OF ADDISON
ONE FRIENDSHIP PLAZA
ADDISON, IL 60101


VILLAGE OF BARTLETT
228 SOUTH MAIN STREET
BARTLETT, IL 60103-4495


VILLAGE OF BOLINGBROOK
375 W. Briarcliff Road
Bolingbrook, IL 60440-0591


VILLAGE OF CHANNAHON
24555 S. Navajo Drive
Channahon, IL 60410


VILLAGE OF OSWEGO
113 Main Street
Oswego, IL 60543


VILLAGE OF SHOREWOOD
903 WEST JEFFERSON STREET
SHREWOOD, IL 60431


VULCRAFT
2106 MOMENTUM PLACE
CHICAGO, IL 60689-5321


W J HIGGINS & ASSOCIATES
6245 PACKER DRIVE
WAUSAU, WI 54401


JACKSON WABASH
P.O. BOX 1023540
ATLANTA, GA 30368-3540


WAMPFLER INCORPORATED
DEPT 630634
CINCINNATI, OH 45263-0634

WAREHOUSE DIRECT OFFICE PROD
1601 WEST ALGONQUIN ROAD
MOUNT PROSPECT, IL 60056


WEILAND STEEL, INC.
216 WAVERLY DRIVE
SPRING GROVE, IL 60081


WELDSTAR COMPANY
P.O. BOX 1150
AURORA, IL 60507


DAVID WERKMEISTER
6N401 ANDRENE LANE
ITASCA, IL 60143


WEST, BRADLEY R.
630 ELMWOOD DR.
WHEATON, IL 60187


WHEELER, AL
6605 RESERVATION ROAD
YORKVILLE, IL 60560


WILFONG, DENISE R.M.
420 N. PK STREET
WESTMONT, IL 60559


WILLALOBOS, MARCOS
1731 N. 18TH STREET
MELROSE PARK, IL 60160


WILLIS OF ILLINOIS
P.O. BOX 93225
CHICAGO, IL 60673-3225


WILLIS, MARK E.
11001 S. LYMAN
CHICAGO RIDGE, IL 60415


WILSON PARTITIONS
2301 E. VERMON AVE
VERNON, CA 90058

WILSON, JIM
1629 BURR OAK ROAD
HOMEWOOD, IL 60430


WINKELMAN SALES INC.
P.O. BOX 1006
BUFFALO, NY 14220


WISCONSIN DEPARTMENT OF REVENUE
P.O. BOX 930208
MILWAUKEE, WI 53293-0208


WISCONSIN DEPT. OF REVENUE
P.O. BOX 8902
MADISON, WI 53708-8902


WRIGHT EXPRESS
FLEET FUELING
P.O. BOX 6293
CAROL STREAM, IL 60197


LARRY WRIGHT
3430 SOMMERSET
CRETE, IL 60417


LARRY WRIGHT
20415 OLD CASTLE DRIVE
MOKENA, IL 60448


WURTH SERVICE SUPPLY INC
2011 N. GRIFFITH BLVD
GRIFFITH, IN 46319


JASON WYNNS
6902 GALLATIN DR.
PLAINFIELD, IL 60544


MICHAEL WYNNS
121 MAPLEWOOD DR.
BOLINGBROOK, IL 60440


ZERO INTERNATIONAL, INC
415 Concord Avenue
Bronx NYC, NY 10455

ZURBUCHEN OIL, INC.
309 BRUCE STREET
VERONA, WI 53593