**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 08-06203 CAS Judge: DONALD R. CASSLING
Case Name: JONES AND BROWN COMPANY, INC.

For Period Ending: 09/30/12 (10th reporting period for this case)

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Date Filed (f) or Converted (c): 03/14/08 (f)
341(a) Meeting Date: 05/16/08
Claims Bar Date: 08/25/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND (u) | Unknown | 0.00 | | 116.80 | FA |
| 2. ACCOUNTS RECEIVABLE | 0.00 | 0.00 | | 1,401,933.04 | FA |
| 3. ADP refund (u) | Unknown | 0.00 | | 8,759.29 | FA |
| 4. AUTOMOBILES AND OTHER VEHICLES | 0.00 | 0.00 | | 47,170.72 | FA |
| 5. Post-Petition Interest Deposits (u) | Unknown | N/A | | 601.10 | Unknown |
| 6. Alembic Inc. | 109,000.00 | 0.00 | | 1,213.00 | FA |
| 7. Ronald Krupka receivable (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. MACHINERY, FIXTURES, AND BUSINESS E | Unknown | 0.00 | | 1,167,208.93 | FA |
| 9. Utility refund (u) | Unknown | 0.00 | | 420.65 | FA |
| 10. Refund of filing fees (u) | 0.00 | 0.00 | | 79.93 | FA |
| 11. Postage meter refund (u) | Unknown | 0.00 | | 279.94 | FA |
| 12. TAX REFUNDS (u) | Unknown | 0.00 | | 25.00 | FA |
| 13. ANTITRUST LITIGATION SETTLEMENT (u) | Unknown | 0.00 | | 2,005.35 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 08-06203 CAS Judge: DONALD R. CASSLING
Case Name: JONES AND BROWN COMPANY, INC.

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Date Filed (f) or Converted (c): 03/14/08 (f)
341(a) Meeting Date: 05/16/08
Claims Bar Date: 08/25/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. StanCorpFinancial Group stock (u) | 0.00 | 0.00 | | 16,113.90 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $109,000.00 | $0.00 | | $2,645,927.65 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR has been prepared

Initial Projected Date of Final Report (TFR): 06/30/11 Current Projected Date of Final Report (TFR): 11/30/12

__________________________________________ Date: 10/29/12
BRENDA PORTER HELMS, TRUSTEE

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******1152 Checking - Non Interest

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 16,405.85 | | 16,405.85 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 995,770.65 | | 1,012,176.50 |

Account *******1152

| Count | Item | Amount |
|---|---|---|
| | Balance Forward | 0.00 |
| 0 | Deposits | 0.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | $ 0.00 |
| 0 | Adjustments In | 0.00 |
| 2 | Transfers In | 1,012,176.50 |
| | Total | $ 1,012,176.50 |

| Count | Item | Amount |
|---|---|---|
| 0 | Checks | 0.00 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | $ 0.00 |

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7462 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/08 | 1 | Cash | cash retrieved from office | 1229-000 | 50.00 | | 50.00 |
| 03/29/08 | 2 | American Express Travel Related Services<br>2002 N. 19th Avenue<br>Phoenix AX 85027 | account receivable | 1121-000 | 57.55 | | 107.55 |
| 04/04/08 | 2 | Peter Pepper products Inc.<br>17929 S. Susana Rd<br>Compton CA 90221 | account receivable | 1121-000 | 92.31 | | 199.86 |
| 04/04/08 | 3 | ADP Tax Filing Service<br>400 W. covina Blvd<br>San Dimas CA 91773 | refund | 1229-000 | 8,759.29 | | 8,959.15 |
| 04/16/08 | 4 | Michael and Lydia Wynns<br>121 Maplewood<br>Bolingbrook IL 60440 | payment for 1996 blazer | 1129-000 | 1,275.00 | | 10,234.15 |
| 04/30/08 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.43 | | 10,235.58 |
| 05/07/08 | 2 | Leopardo Companies Inc.<br>5200 prairie Stone Parkway<br>hoffman Estates IL 60192 | accoutn receivable | 1121-000 | 1,491.50 | | 11,727.08 |
| 05/12/08 | 2 | Leopardo Companies Inc.<br>5200 Prairie Stone Parkway<br>Hoffman Estates IL 60192 | account receivable | 1121-000 | 12,694.00 | | 24,421.08 |
| 05/12/08 | 4 | Alcan Composites Inc.<br>Benton KY 42025 | account receivable | 1121-000 | 39,895.72 | | 64,316.80 |
| 05/20/08 | 000101 | Village of Addison<br>Attn: Finance Department<br>1 Friendship Plaza<br>Addison IL 60101 | water bill - 145 Swift | 2990-000 | | 433.41 | 63,883.39 |
| * 05/20/08 | 000102 | Commonwealth Edison | account #0472060021 | 2990-003 | | 45,657.71 | 18,225.68 |
| 05/27/08 | 6 | Global Captive Management Ltd<br>Governors Square 2nd Floor<br>23 Lime Tree Bay Avenue Seven Mile Beach | 2007 tax dividend for Alembic | 1129-000 | 1,213.00 | | 19,438.68 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7462 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | POBox 1363 Grand Cayman KY-1 Cayman Is | | | | | |
| 05/30/08 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.63 | | 19,443.31 |
| 06/16/08 | 000103 | Sentry Security Inc.<br>339 Egidi Drive<br>Wheeling IL 60090 | customer #12729 / Invoice #39250 | 2420-000 | | 171.00 | 19,272.31 |
| 06/30/08 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 8.00 | | 19,280.31 |
| 07/07/08 | 000104 | Cross Point Sales, Inc.<br>35 Stephen Street<br>Lemont IL 60439 | fire alarm system repair | 2420-000 | | 343.00 | 18,937.31 |
| * 07/08/08 | 000102 | Commonwealth Edison | account #0472060021 | 2990-003 | | -45,657.71 | 64,595.02 |
| 07/08/08 | 000105 | Alisa Levin | filing fees for mechanic lien lawsu | 2990-000 | | 3,500.00 | 61,095.02 |
| 07/08/08 | 000106 | Clark Hill | filing fees for mechanics lien laws | 2990-000 | | 2,000.00 | 59,095.02 |
| 07/10/08 | 2 | Metal Stampings<br>8050 austin Avenue<br>Morton Grove IL 60053 | account receivable | 1121-000 | 7,950.00 | | 67,045.02 |
| 07/10/08 | 000107 | CFO Synergy | 30% of Metal Stampings collection | 3991-000 | | 2,385.00 | 64,660.02 |
| 07/11/08 | 000108 | Diligenz | UCC searches | 2990-000 | | 240.00 | 64,420.02 |
| * 07/22/08 | | Ronald Krupa<br>6002 E. Lake Drive Unit 2B<br>Lisle IL 60532 | account receivable | 1221-003 | 1,250.00 | | 65,670.02 |
| 07/30/08 | 000109 | Sentry Security Inc.<br>339 Egidi Drive<br>Wheeling IL 60090 | 145 Swift building security system | 2420-000 | | 171.00 | 65,499.02 |
| 07/30/08 | 000110 | Village of Addison<br>1 Friendship Plaza<br>Addison IL 60101 | water bill for 145 Swift Rd buildin | 2420-000 | | 110.62 | 65,388.40 |
| 07/30/08 | 000111 | Sentry Security, Inc.<br>339 Egidi Drive<br>Wheeling IL 60090 | repair of burglar alarm | 2420-000 | | 1,014.20 | 64,374.20 |
| 07/31/08 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 8.06 | | 64,382.26 |
| 08/04/08 | 000112 | Outsource Solutions Grou[ | Computer repair | 2990-000 | | 300.00 | 64,082.26 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7462 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 309<br>Itasca IL 60143 | | | | | |
| 08/05/08 | 8 | Myron Bowling Auctioneers Inc.<br>P.O. Box 369<br>Ross OH 45061 | auctioneer deposit | 1129-000 | 50,000.00 | | 114,082.26 |
| 08/05/08 | 2 | The Boldt Company<br>2525 N. Roemer Road<br>Appleton WI 54912 | account receivable | 1121-000 | 10,629.60 | | 124,711.86 |
| 08/08/08 | 9 | Village of Addison<br>One Friendship Plaza<br>Addiosn IL 60101 | Water bill refund 133 Swift | 1290-000 | 420.65 | | 125,132.51 |
| 08/08/08 | 2 | Clune Construction Company<br>10 S. LaSalle Sr Ste 300<br>Chicago IL 60603 | account receivable | 1121-000 | 2,152.00 | | 127,284.51 |
| 08/08/08 | 2 | Clune Construction Company<br>10 S. LaSalle St. STe 300<br>Chicago IL 60603 | account receivable | 1121-000 | 19,368.00 | | 146,652.51 |
| 08/08/08 | 2 | Clune Construction Co<br>10 S. LaSalle St. #300<br>Chicago IL 60603 | account receivable | 1121-000 | 1,086.00 | | 147,738.51 |
| 08/08/08 | 2 | Clune Construction Co<br>10 S. LaSalle St. #300<br>Chicago IL 60603 | account receivable | 1121-000 | 4,920.00 | | 152,658.51 |
| 08/08/08 | 2 | Clune Construction Co<br>10 S. LaSalle St. #300<br>Chicago IL 60603 | account receivable | 1121-000 | 10,010.00 | | 162,668.51 |
| 08/08/08 | 2 | Clune Construction Co<br>10 S. LaSalle St. #300<br>Chicago IL 60603 | account receivable | 1121-000 | 1,660.00 | | 164,328.51 |
| 08/08/08 | 2 | Clune Construction Company<br>10 S. LaSalle St. #300 | a/r: to correct deposit of $4920 | 1121-000 | 10.00 | | 164,338.51 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7462 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago IL 60601 | | | | | |
| 08/11/08 | 000113 | CFO Synergy | commission of Boldt & Clune a/r | 3991-000 | | 14,977.98 | 149,360.53 |
| 08/11/08 | 000114 | Sentry Security | burglar alarm at 145 Swift | 2420-000 | | 171.00 | 149,189.53 |
| 08/18/08 | 000115 | Secretary of State | 29 duplicate titles | 2500-000 | | 1,885.00 | 147,304.53 |
| | | Vehicle Services Dept | | | | | |
| | | 501 S. Second Street | | | | | |
| | | Springfield IL 62756 | | | | | |
| * 08/21/08 | | Ronald Krupa | account receivable | 1221-003 | -1,250.00 | | 146,054.53 |
| | | 6002 E. Lake Drive Unit 2B | NSF check | | | | |
| | | Lisle IL 60532 | | | | | |
| * 08/21/08 | 000116 | Secretary of State | duplicate title #223 | 2500-003 | | 65.00 | 145,989.53 |
| * 08/27/08 | 000116 | Secretary of State | duplicate title #223 | 2500-003 | | -65.00 | 146,054.53 |
| 08/29/08 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 15.43 | | 146,069.96 |
| 09/25/08 | | Transfer from Acct #*******7608 | Bank Funds Transfer | 9999-000 | 634,000.00 | | 780,069.96 |
| 09/30/08 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 23.16 | | 780,093.12 |
| 10/01/08 | 2 | McMul;ty Bros | account receivable | 1121-000 | 6,475.00 | | 786,568.12 |
| | | 2009 S. Lumber St | | | | | |
| | | Chicago IL 60616 | | | | | |
| 10/03/08 | 2 | Glass Designers, Inc. | Kennedy King a/r | 1121-000 | 20,729.60 | | 807,297.72 |
| 10/03/08 | 2 | Glass Designers Inc. | Kennedy King a/r | 1121-000 | 52,813.14 | | 860,110.86 |
| | | P.O. Box 216524 | | | | | |
| | | Chiacgo IL 60621 | | | | | |
| 10/03/08 | 2 | Glass Designers Inc. | Kennedy King a/r | 1121-000 | 192,797.59 | | 1,052,908.45 |
| 10/06/08 | | Transfer from Acct #*******7608 | Bank Funds Transfer | 9999-000 | 630,000.00 | | 1,682,908.45 |
| 10/07/08 | 000117 | CFO Synergy | comm on Clune, McNulty Wegman a/r | 2990-000 | | 10,502.10 | 1,672,406.35 |
| 10/15/08 | 000118 | CFO Synergy, Inc. | commission on Leopardo/Alcan a/r | 2990-000 | | 15,776.91 | 1,656,629.44 |
| 10/16/08 | 11 | United States Postal Service | postage meter refund | 1229-000 | 279.94 | | 1,656,909.38 |
| | | Accounting Service Center | | | | | |
| | | 2825 Lone Oak Pkwy | | | | | |
| | | Eagan MN 55121 | | | | | |
| 10/16/08 | 2 | Bulley & Andrews LLC | account receivable | 1121-000 | 25,539.00 | | 1,682,448.38 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7462 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1755 W. Armitage Ave | | | | | |
| | | Chicago IL 60622 | | | | | |
| 10/27/08 | 4 | Simko Industrial Fabricators | sale of two trailers | 1129-000 | 6,000.00 | | 1,688,448.38 |
| | | 4545 Ash Ave | | | | | |
| | | Hammond IN 46327 | | | | | |
| 10/27/08 | | Transfer from Acct #*******7608 | Bank Funds Transfer | 9999-000 | 36,000.00 | | 1,724,448.38 |
| 10/31/08 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 143.27 | | 1,724,591.65 |
| * 11/21/08 | | Springer Brown Covey Gaertner & Davis LL | ATTORNEYS FEES | 3210-003 | 103,785.00 | | 1,828,376.65 |
| * 11/21/08 | | Springer Brown Covey Gaertner & Davis LL | ATTORNEYS FEES | 3210-003 | -103,785.00 | | 1,724,591.65 |
| 11/21/08 | 000119 | Springer Brown Covey Gaertner & Davis LL | ATTORNEY FEES | 3210-000 | | 103,785.00 | 1,620,806.65 |
| 11/28/08 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 139.93 | | 1,620,946.58 |
| 12/02/08 | 2 | Skender Interiors Group LLC | account receivable | 1121-000 | 32,488.50 | | 1,653,435.08 |
| | | 205 W. Wacker Dr. #1300 | | | | | |
| | | Chicago IL 60606 | | | | | |
| 12/02/08 | 12 | State of Wisconsin | tax refund | 1224-000 | 25.00 | | 1,653,460.08 |
| | | Depatment of Revenue | | | | | |
| | | P.O. Box 8903 | | | | | |
| | | Madiosn WI 53708 | | | | | |
| 12/08/08 | 2 | ICG | account receivable | 1121-000 | 69,055.00 | | 1,722,515.08 |
| | | 210 S. Clark Street Suite 1300 | | | | | |
| | | Chicago IL 60604 | | | | | |
| 12/08/08 | 2 | Leopardo Companies | account receivable | 1121-000 | 72,803.00 | | 1,795,318.08 |
| | | 5200 Prairie Stone Parkway | | | | | |
| | | Hoffman Estates IL 60192 | | | | | |
| 12/24/08 | 000120 | American Chartered Bank | admin rent | 2410-000 | | 200,000.00 | 1,595,318.08 |
| 12/24/08 | 000121 | American Chartered Bank | a/r proceeds | 4210-000 | | 371,717.90 | 1,223,600.18 |
| 12/31/08 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 111.66 | | 1,223,711.84 |
| 01/16/09 | 000122 | Mulherin Rehfeldt & Varchetto P.C. | special counsel fees | 3210-000 | | 15,157.00 | 1,208,554.84 |
| 01/16/09 | 000123 | CFO Synergy, Inc. | Skender, ICG, Mortenson Bully a/r c | 3991-000 | | 59,965.65 | 1,148,589.19 |
| 01/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 51.61 | | 1,148,640.80 |
| 02/06/09 | 000124 | International Sureties Ltd | trustee bond | 2300-000 | | 1,243.13 | 1,147,397.67 |

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7462 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/09 | 000125 | Sugar Steel Corporation | settlement of adversary | 2990-000 | | 15,000.00 | 1,132,397.67 |
| 02/27/09 | 5 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 43.79 | | 1,132,441.46 |
| 02/28/09 | 2 | Gilbane Building Co<br>Providence RI 02940 | account receivable | 1121-000 | 38,305.00 | | 1,170,746.46 |
| 02/28/09 | 000126 | CFO Synergy Inc. | 30% of gilbane a/r | 2990-000 | | 11,491.50 | 1,159,254.96 |
| 03/03/09 | 2 | Frederick Quinn Corporation<br>103 S. Church St<br>Addision IL 60101 | account receivable | 1121-000 | 20,000.00 | | 1,179,254.96 |
| 03/03/09 | 000127 | CFO Synergy, Inc. | commision on Frederick Quinn a/r | 2990-000 | | 6,000.00 | 1,173,254.96 |
| 03/31/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 50.13 | | 1,173,305.09 |
| 04/01/09 | 2 | Pepper Construction | account receivable | 1121-000 | 63,801.83 | | 1,237,106.92 |
| 04/01/09 | 2 | Castle Construction Corp<br>3062 W. 167th St<br>Markham IL 60428 | account receivable | 1221-000 | 2,215.00 | | 1,239,321.92 |
| 04/01/09 | 2 | Castle Construction Corp<br>3062 W. 167th Street<br>Markham IL 60428 | account receivable | 1121-000 | 3,322.50 | | 1,242,644.42 |
| 04/01/09 | 000128 | CFO Synergy, Inc.<br>26405 Mandalay Circle<br>Novi MI 48274 | commission on Pepper and Castle | 3731-000 | | 20,801.79 | 1,221,842.63 |
| 04/02/09 | | Transfer from Acct #*******7608 | Bank Funds Transfer | 9999-000 | 647.30 | | 1,222,489.93 |
| 04/16/09 | 2 | Linn Mathes Inc.<br>309 S. Green Street<br>Chicago IL 60607 | account receivable | 1121-000 | 50,000.00 | | 1,272,489.93 |
| 04/16/09 | 000129 | CFO Synergy | Linn Mathes commission | 3731-000 | | 15,000.00 | 1,257,489.93 |
| 04/29/09 | 000130 | American Chartered Bank | per 4/17/09 court order | 4210-000 | | 246,825.01 | 1,010,664.92 |
| 04/29/09 | 000131 | American Chartered Bank | administrative expenses advancec | 2420-000 | | 61,681.65 | 948,983.27 |
| 05/13/09 | 2 | Community Unit School Dist #300<br>300 Cleveland Ave<br>Carpentersville IL 60110 | Hampshire & Dundee a/r | 1121-000 | 25,021.25 | | 974,004.52 |
| 06/05/09 | 2 | Gilbane Building Company | account receivable | 1121-000 | 30,511.16 | | 1,004,515.68 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7462 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Providence RI 02940 | | | | | |
| 06/17/09 | 2 | CommunitySchool Dist. 300 | account receivable | 1121-000 | 42,302.70 | | 1,046,818.38 |
| | | 300 Cleveland Ave | | | | | |
| | | Carpentersville IL 60110 | | | | | |
| 06/24/09 | 000132 | CFO Synergy Inc. | comm on Hampshire, Gilbane Jacobs & | 3731-000 | | 29,350.53 | 1,017,467.85 |
| | | | & Dundee | | | | |
| 06/29/09 | 000133 | FedEx | delivery to Community School Dist 3 | 2990-000 | | 18.13 | 1,017,449.72 |
| | | P.O. Box 94515 | 00 | | | | |
| | | Palatine IL 60094 | | | | | |
| 08/26/09 | 2 | AJ Maggio | account receivable | 1121-000 | 30,000.00 | | 1,047,449.72 |
| | | 567 Algonquin Rd | | | | | |
| | | Mt. Prospect IL 60056 | | | | | |
| 08/26/09 | 000134 | CFO Synergy Inc. | commission on Maggio a/r | 3991-000 | | 10,000.00 | 1,037,449.72 |
| 10/07/09 | 2 | Lamp Inc | account receivable | 1121-000 | 61,866.00 | | 1,099,315.72 |
| | | 460 North Grove Ave | | | | | |
| | | elgin IL 60121 | | | | | |
| 10/23/09 | 2 | Mortenson Construction | | 1121-000 | 15,313.15 | | 1,114,628.87 |
| | | 700 Meadow Lane N. | | | | | |
| | | Minneapolis MN 55422 | | | | | |
| 10/23/09 | 000135 | CFO Synergy, Inc. | commision on Lamp and Mortenson a/r | 3991-000 | | 23,153.74 | 1,091,475.13 |
| 01/21/10 | 2 | Klein dickert Milwaukee | | 1121-000 | 27,119.00 | | 1,118,594.13 |
| | | P.O. Box 444 | | | | | |
| | | Pewaukee WI 53072 | | | | | |
| 01/21/10 | 2 | Corcoran Glass | account receivable | 1121-000 | 32,094.50 | | 1,150,688.63 |
| | | 21860 Watertown Road | | | | | |
| | | Waukesha WI 53186 | | | | | |
| 01/23/10 | 000136 | CFO Synergy, Inc. | Klein Dickert and Corcoran Glass ar | 3731-000 | | 17,764.05 | 1,132,924.58 |
| 01/23/10 | 000137 | United States Treasury | 4975 Form 5330 | 2990-000 | | 36.00 | 1,132,888.58 |
| 01/23/10 | 000138 | MG Trust fbo Jones and Brown | profit sharing plan | 2990-000 | | 235.96 | 1,132,652.62 |
| | | Co Profit Sharing & Savings Plan | | | | | |
| 03/06/10 | 000139 | International Sureties Ltd | bond premium | 2300-000 | | 961.51 | 1,131,691.11 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7462 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Polydras St. #420 | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 03/20/10 | 000140 | Alan D. Lasko & Associates, P.C. | accountants fees | 3410-000 | | 16,188.00 | 1,115,503.11 |
| 03/20/10 | 000141 | Alan D. Lasko & Associates, P.C. | accountants expenses | 3420-000 | | 95.91 | 1,115,407.20 |
| 03/27/10 | 000142 | American Chartered Bank | per court order | 4210-000 | | 133,739.42 | 981,667.78 |
| 06/14/10 | 2 | Power Contracting and Eng. Corp | account receivable | 1121-000 | 99,950.00 | | 1,081,617.78 |
| 07/12/10 | 000143 | CFO Synergy, Inc. | Power Contracting commission | 3731-000 | | 29,985.00 | 1,051,632.78 |
| 07/31/10 | 000144 | FedEX | Fed Ex for Power Contracting lien w | 2990-000 | | 20.57 | 1,051,612.21 |
| | | P.O. Box 94515 | | | | | |
| | | Palatine IL 60094 | | | | | |
| * 08/11/10 | 000145 | Fed Ex | lien waiver to Power Construction29 | 2990-003 | | 20.57 | 1,051,591.64 |
| | | P.O. Box 94515 | 90 | | | | |
| | | Palatine IL 60094 | | | | | |
| * 08/11/10 | 000145 | Fed Ex | lien waiver to Power Construction29 | 2990-003 | | -20.57 | 1,051,612.21 |
| | | P.O. Box 94515 | | | | | |
| | | Palatine IL 60094 | | | | | |
| 09/29/10 | 000146 | Internal Revenue Service | late filing penalty | 2820-000 | | 1,269.15 | 1,050,343.06 |
| 02/19/11 | 000147 | United States Treasury | 36-2534934 5500 penalty | 2810-000 | | 675.00 | 1,049,668.06 |
| 02/19/11 | 000148 | International Sureties | 2011 - 2012 bond payment | 2300-000 | | 809.05 | 1,048,859.01 |
| | | 701 Polydras St. #420 | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 03/05/11 | | Transfer from Acct #*******7608 | Bank Funds Transfer | 9999-000 | 13,954.20 | | 1,062,813.21 |
| 04/25/11 | | Com Ed | Com Ed phone charge | 2420-000 | | 3.50 | 1,062,809.71 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1,353.99 | 1,061,455.72 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1,308.64 | 1,060,147.08 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1,307.03 | 1,058,840.05 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1,388.64 | 1,057,451.41 |
| 02/29/12 | 000149 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 1,399.34 | 1,056,052.07 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1,256.81 | 1,054,795.26 |
| 03/20/12 | 000150 | Sprnger Brown Covey Gaertner & Davis | ATTORNEY FEES | 3210-000 | | 47,156.60 | 1,007,638.66 |
| 03/20/12 | 000151 | Springer Brown covey Gaertner & Davis | attonrey expensesnattorney expenses | 3220-000 | | 486.16 | 1,007,152.50 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7462 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1,297.17 | 1,005,855.33 |
| 04/20/12 | 000152 | Alan D. Lasko & Associates, P.C. | accountant fees | 3410-000 | | 5,538.90 | 1,000,316.43 |
| 04/20/12 | 000153 | Alan D. Lasko & Associates, P.C. | accountant fees | 3420-000 | | 51.81 | 1,000,264.62 |
| 04/20/12 | 000154 | Alan D. Lasko & Associates P.C. | accountants fees | 3410-000 | | 2,191.10 | 998,073.52 |
| 04/20/12 | 000155 | Alan D. Lasko & Associates P.C. | accountant expenses | 3420-000 | | 25.77 | 998,047.75 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1,322.84 | 996,724.91 |
| * 05/11/12 | 000156 | David Aboyer | prorata distribution of interest | 5400-004 | | 6.86 | 996,718.05 |
| * 05/11/12 | 000157 | Kelley Adcock | prorata distribution of interest | 5400-004 | | 0.10 | 996,717.95 |
| 05/11/12 | 000158 | Joseph Barta | prorata distribuiton of interest | 5400-000 | | 13.72 | 996,704.23 |
| 05/11/12 | 000159 | Jason Beaupre | prorata distibution on interest | 5400-000 | | 67.61 | 996,636.62 |
| 05/11/12 | 000160 | Ross W. Boehmer | prorata distribution of interest | 5400-000 | | 61.41 | 996,575.21 |
| 05/11/12 | 000161 | Susan Boucher | prorata distribution of interest | 5400-000 | | 1.05 | 996,574.16 |
| * 05/11/12 | 000162 | Daniel Clayton | prorata distribution of interest | 5400-004 | | 9.76 | 996,564.40 |
| 05/11/12 | 000163 | Patr Dell'Aquila | prorata distribution of interest | 5400-000 | | 4.99 | 996,559.41 |
| 05/11/12 | 000164 | Mark Dzierwa | prorata distribution of interest | 5400-000 | | 3.10 | 996,556.31 |
| * 05/11/12 | 000165 | Juanita Espinosa | prorata distribution of interest | 5400-004 | | 0.47 | 996,555.84 |
| * 05/11/12 | 000166 | Jose Estrada | prorata distribution of interest | 5400-004 | | 1.23 | 996,554.61 |
| * 05/11/12 | 000167 | Alan Fisher | prorata distribution of interest | 5400-004 | | 3.55 | 996,551.06 |
| * 05/11/12 | 000168 | Cheryl Geist | prorata distribution of interest | 5400-004 | | 0.37 | 996,550.69 |
| 05/11/12 | 000169 | Frank Girdwain | prorata distribution of interest | 5400-000 | | 33.83 | 996,516.86 |
| * 05/11/12 | 000170 | Sheryl Green | prorata distirbution of interest | 5400-004 | | 17.34 | 996,499.52 |
| * 05/11/12 | 000171 | Harvey Johnson | prorata distribution of interest | 5400-004 | | 15.59 | 996,483.93 |
| 05/11/12 | 000172 | Rosemarie Krause | prorata distribution of interest | 5400-000 | | 8.96 | 996,474.97 |
| 05/11/12 | 000173 | Thomas Kulakowski | prorata distribution of interest | 5400-000 | | 2.37 | 996,472.60 |
| 05/11/12 | 000174 | Terrence Mooney | prorata distribution of interest | 5400-000 | | 13.85 | 996,458.75 |
| * 05/11/12 | 000175 | Sean Mullen | prorata distribution of interest | 5400-004 | | 8.82 | 996,449.93 |
| 05/11/12 | 000176 | Edward Netzel | prorata distribution of interest | 5400-000 | | 38.95 | 996,410.98 |
| * 05/11/12 | 000177 | Michael Piliponis | prorata distribution of interest | 5400-004 | | 10.43 | 996,400.55 |
| 05/11/12 | 000178 | James Pindak | prorata distirbution of interest | 5400-000 | | 40.56 | 996,359.99 |
| 05/11/12 | 000179 | Christopher Rush | prorata distirbution of interesti | 5400-000 | | 37.61 | 996,322.38 |
| 05/11/12 | 000180 | Laverne Silanskis | prorata distribution of interest | 5400-000 | | 36.31 | 996,286.07 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7462 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 05/11/12 | 000181 | Robert Silanskis | prorata distribution of interest | 5400-000 | | 24.86 | 996,261.21 |
| * 05/11/12 | 000182 | Jeff Stanczak | prorata distribution of interest | 5400-004 | | 0.29 | 996,260.92 |
| 05/11/12 | 000183 | Scott Tyler | prorata distribution of interest | 5400-000 | | 18.48 | 996,242.44 |
| 05/11/12 | 000184 | David Werkmeister | prorata distribution of interest | 5400-000 | | 37.19 | 996,205.25 |
| 05/11/12 | 000185 | Robert West | prorata distribution | 5400-000 | | 15.80 | 996,189.45 |
| 05/11/12 | 000186 | Denise Wilfong | prorata distiribution | 5400-000 | | 8.21 | 996,181.24 |
| * 05/11/12 | 000187 | Mark Willis | prorata distribution of interest | 5400-004 | | 4.05 | 996,177.19 |
| * 05/11/12 | 000188 | Jason Wynns | prorata distribution of interest | 5400-004 | | 3.83 | 996,173.36 |
| 05/11/12 | 000189 | Michael Wynns | prorata distribution of interest | 5400-000 | | 62.71 | 996,110.65 |
| 05/18/12 | 000190 | CPI Qualified Plan Consultants, Inc. | 401(k) plan termination assistance | 2990-000 | | 340.00 | 995,770.65 |
| * 08/10/12 | 000156 | David Aboyer | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 5400-004 | | -6.86 | 995,777.51 |
| * 08/10/12 | 000157 | Kelley Adcock | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 5400-004 | | -0.10 | 995,777.61 |
| * 08/10/12 | 000162 | Daniel Clayton | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 5400-004 | | -9.76 | 995,787.37 |
| * 08/10/12 | 000165 | Juanita Espinosa | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 5400-004 | | -0.47 | 995,787.84 |
| * 08/10/12 | 000166 | Jose Estrada | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 5400-004 | | -1.23 | 995,789.07 |
| * 08/10/12 | 000167 | Alan Fisher | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 5400-004 | | -3.55 | 995,792.62 |
| * 08/10/12 | 000168 | Cheryl Geist | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 5400-004 | | -0.37 | 995,792.99 |
| * 08/10/12 | 000170 | Sheryl Green | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 5400-004 | | -17.34 | 995,810.33 |
| * 08/10/12 | 000171 | Harvey Johnson | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 5400-004 | | -15.59 | 995,825.92 |
| * 08/10/12 | 000175 | Sean Mullen | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 5400-004 | | -8.82 | 995,834.74 |
| * 08/10/12 | 000177 | Michael Piliponis | Stop Payment Reversal | 5400-004 | | -10.43 | 995,845.17 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.
Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7462 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | STOP PAY ADD SUCCESSFUL | | | | |
| * 08/10/12 | 000182 | Jeff Stanczak | Stop Payment Reversal | 5400-004 | | -0.29 | 995,845.46 |
| | | | STOP PAY ADD SUCCESSFUL | | | | |
| * 08/10/12 | 000187 | Mark Willis | Stop Payment Reversal | 5400-004 | | -4.05 | 995,849.51 |
| | | | STOP PAY ADD SUCCESSFUL | | | | |
| * 08/10/12 | 000188 | Jason Wynns | Stop Payment Reversal | 5400-004 | | -3.83 | 995,853.34 |
| | | | STOP PAY ADD SUCCESSFUL | | | | |
| 08/10/12 | 000191 | Celrk, United States Bankruptcy Court<br>219 S. Dearbon St. - 7th Floor<br>Chicago IL 60604 | | 8500-000 | | 82.69 | 995,770.65 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 995,770.65 | 0.00 |

Account *******7462

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 50 | Deposits | 1,194,562.48 | 108 | Checks | 1,504,755.81 |
| 12 | Interest Postings | 601.10 | 8 | Adjustments Out | 9,238.62 |
| | | | 1 | Transfers Out | 995,770.65 |
| | Subtotal | $ 1,195,163.58 | | | |
| | | | | Total | $ 2,509,765.08 |
| 0 | Adjustments In | 0.00 | | | |
| 5 | Transfers In | 1,314,601.50 | | | |
| | Total | $ 2,509,765.08 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7608 Checking - Non Interest

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/21/08 | 2 | Nicholas & Associates<br>1001 Feehanville Drive<br>Mt. Prospect IL 60056 | a/r Conant & Hoffman Est H.Schools | 1121-000 | 144,201.00 | | 144,201.00 |
| 08/27/08 | 001001 | CFO Synergy | 30% of Nicholas & Assoc a/r | 3991-000 | | 43,260.30 | 100,940.70 |
| 08/27/08 | 001002 | American Auction Associates, Inc, | appraisal fee | 3610-000 | | 2,000.00 | 98,940.70 |
| 08/28/08 | 10 | Alisa Levin | Refund of filing fees | 1290-000 | 79.93 | | 99,020.63 |
| 08/28/08 | 001003 | Village of Addison<br>Three Friendship Plaza<br>Addison IL 60101 | false alarm fines | 2420-000 | | 200.00 | 98,820.63 |
| 09/05/08 | 001004 | Commonwealth Edison<br>Bill Payment Center<br>Chicago IL 60668 | utility service | 2420-000 | | 8,877.23 | 89,943.40 |
| 09/08/08 | 001005 | Norcomm Public Safety Comm Inc.<br>395 W. Lake Street<br>P.O. Box 1408<br>Elmhurst IL 60126 | fire alarm monitoring | 2420-000 | | 165.00 | 89,778.40 |
| 09/08/08 | 001006 | Village of Addison<br>One Friendship Plaza<br>Addison IL 60101 | water bill at 145 Swift | 2420-000 | | 167.72 | 89,610.68 |
| 09/09/08 | 2 | Greater Illinois Title<br>120 N. LaSalle Suite 900<br>Chicago IL 60602 | Odyssey Loft a/r | 1121-000 | 27,821.40 | | 117,432.08 |
| 09/09/08 | 001007 | CFO Synergy | commission on HSZ a/r | 3991-000 | | 8,346.42 | 109,085.66 |
| 09/10/08 | 2 | Clune Construction Co<br>10 S. LaSalle St Suite 300<br>Chicago IL 60603 | account receivable | 1121-000 | 230.00 | | 109,315.66 |
| 09/17/08 | 8 | Myron Bowling Auctioneers | guaranty of auction results | 1129-000 | 502,000.00 | | 611,315.66 |
| 09/25/08 | 2 | R.C. Wegman Construction<br>750 Morton Ave<br>Aurora IL 60506 | | 1121-000 | 28,302.00 | | 639,617.66 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7608 Checking - Non Interest

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/25/08 | | Transfer to Acct #*******7462 | Bank Funds Transfer | 9999-000 | | 634,000.00 | 5,617.66 |
| 09/29/08 | 001008 | Fed Ex | courier services | 2990-000 | | 128.36 | 5,489.30 |
| 09/30/08 | 1 | Debtor | petty cash | 1229-000 | 16.80 | | 5,506.10 |
| 09/30/08 | 8 | Myron Bowling Auctioneers | sale of machinery, equipment | 1129-000 | 615,208.93 | | 620,715.03 |
| 10/03/08 | 2 | Glass Designers<br>P.O. Box 216524<br>Chicago IL 60621 | Kennedy King a/r | 1121-000 | 14,970.52 | | 635,685.55 |
| 10/06/08 | 001009 | Proshred Security<br>15557 S. 70th Court<br>Orland Park IL 60462 | destruction of confidential documen | 2990-000 | | 1,500.00 | 634,185.55 |
| 10/06/08 | 001010 | Outsource Solutions Group<br>P.O. Box 309<br>Itasca IL 60143 | server repair | 2990-000 | | 300.00 | 633,885.55 |
| 10/06/08 | 001011 | Kassandra Lamas<br>5501 E. Lake Drive #107B<br>Lisle IL 60532 | tax help | 2990-000 | | 255.00 | 633,630.55 |
| 10/06/08 | | Transfer to Acct #*******7462 | Bank Funds Transfer | 9999-000 | | 630,000.00 | 3,630.55 |
| 10/20/08 | 001012 | Outsource Solutions Group<br>P.O. Box 309<br>Itasca IL 60143 | scrubbing of hard drives | 2990-000 | | 375.00 | 3,255.55 |
| 10/22/08 | 2 | Ledcor Construction Inc.<br>Chicago Building Division<br>17 W 635 Butterfield Rd #100<br>Oakbrook Terrace IL 60181 | account receivable | 1121-000 | 51,822.00 | | 55,077.55 |
| 10/22/08 | 001013 | CFO Synergy, Inc. | commission on Ledcor a/r | 2990-000 | | 15,546.60 | 39,530.95 |
| 10/27/08 | 001014 | RSM McGladrey, Inc.<br>Gina Carothers<br>H&R Block One H&R Block Way<br>Kansas City MO 64105 | supboena costs | 2990-000 | | 50.84 | 39,480.11 |
| 10/27/08 | | Transfer to Acct #*******7462 | Bank Funds Transfer | 9999-000 | | 36,000.00 | 3,480.11 |
| 10/30/08 | 001015 | Wisconsin Dept of Revenue | tax due fye 1/31/08 | 2820-000 | | 25.00 | 3,455.11 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7608 Checking - Non Interest

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | P.O. Box 8908<br>Madison WI 53708 | | | | | |
| 11/03/08 | 001016 | Automatic Date Processing<br>Attn: Collection Administration<br>1851 N. Resler Drive<br>El Paso TX 79912 | 2008 W-2 preparation | 2990-000 | | 248.00 | 3,207.11 |
| 11/03/08 | 001017 | Automatic Data Processing<br>Attn: Collection Administration<br>1851 N. Resler Dr<br>El Paso TX 79912 | 2008 W-2 preparation | 2990-000 | | 388.40 | 2,818.71 |
| 11/13/08 | 2 | Weis Builders, Inc.<br>7645 Lyndale Avenue South<br>Minneapolis MN 55423 | account receivable | 1121-000 | 12,441.65 | | 15,260.36 |
| 11/19/08 | 2 | Parenti & Raffaelli Ltd<br>215 E. Prospect Avenue<br>Mt. Prospect IL 60056 | account receivable | 1121-000 | 10,443.04 | | 25,703.40 |
| 11/19/08 | 001018 | CFO Synergy Inc. | commission on Weis & Parenti Rafael | 3991-000 | | 6,865.40 | 18,838.00 |
| 11/19/08 | 001019 | DuPage County Recorder of Deeds | recording Gilbane release of lien | 2990-000 | | 40.00 | 18,798.00 |
| 01/16/09 | 001020 | Brenda Porter Helms | reimbursement of expenses | 2200-000 | | 4,374.70 | 14,423.30 |
| 01/16/09 | 001021 | Alliant Advisors, Inc. | accountant fees | 3410-000 | | 13,776.00 | 647.30 |
| 04/02/09 | | Transfer to Acct #*******7462 | Bank Funds Transfer | 9999-000 | | 647.30 | 0.00 |
| 10/14/10 | 2 | Nicholas & Associates<br>1001 Feehanville Drive<br>Mt. Prospect IL 60056 | retainage a/r | 1121-000 | 25,000.00 | | 25,000.00 |
| 11/02/10 | 001022 | CFO Synergy, Inc. | commission on Nicholas | 3731-000 | | 7,500.00 | 17,500.00 |
| 01/06/11 | 13 | Insurance Brokerage Antitrust Litigation<br>c/o Complete Claim Solutions<br>P.O. Box 24721<br>West Palm Beach FL 33416 | antitrust litigation settlement | 1249-000 | 1,713.40 | | 19,213.40 |
| 01/11/11 | 001023 | Alan D. Lasko & Associates, P.C. | Accounting fees | 3410-000 | | 5,236.10 | 13,977.30 |
| 01/11/11 | 001024 | Alan D. Lasko & Associates, P.C. | accounting expenses | 3420-000 | | 23.10 | 13,954.20 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7608 Checking - Non Interest

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/05/11 | | Transfer to Acct #*******7462 | Bank Funds Transfer | 9999-000 | | 13,954.20 | 0.00 |
| 06/11/12 | 14 | Legal Claimant Services<br>1001 Avenue of the Americas<br>14th Floor<br>New York NY 10018 | liquidation of StanCorp Financial | 1229-000 | 14,725.26 | | 14,725.26 |
| 06/20/12 | 14 | Venio LLC dba Keane<br>640 Freedom business Center<br>6th Floor<br>King of Prussia PA 19406 | recovered assets | 1229-000 | 1,388.64 | | 16,113.90 |
| 09/04/12 | 13 | Insurance Brokerage Antitrust Litig<br>c/o Rust Consulting<br>P.O. Box 2819<br>Faribault MN 55021 | class action settlement | 1249-000 | 291.95 | | 16,405.85 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 16,405.85 | 0.00 |

Account *******7608

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 17 | Deposits | 1,450,656.52 | 24 | Checks | 119,649.17 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 6 | Transfers Out | 1,331,007.35 |
| | Subtotal | $ 1,450,656.52 | | | |
| | | | | Total | $ 1,450,656.52 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 1,450,656.52 | | | |

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7996 Tax Refund Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 02/08/10 | 12 | United States Treasury | 3/08 941 tax refund | 1224-003 | 110,033.42 | | 110,033.42 |
| * 02/08/10 | 12 | united States Treasury | tax refund 941 | 1224-003 | 194.58 | | 110,228.00 |
| * 02/13/10 | 12 | United States Treasury | 3/08 941 tax refund | 1224-003 | -110,033.42 | | 194.58 |
| * 02/13/10 | 12 | united States Treasury | tax refund 941 | 1224-003 | -194.58 | | 0.00 |

Account *******7996

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 4 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 0.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 0.00 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 71 | Deposits | 2,645,219.00 | 132 | Checks | 1,624,404.98 |
| 12 | Interest Postings | 601.10 | 8 | Adjustments Out | 9,238.62 |
| | | | 7 | Transfers Out | 2,326,778.00 |
| | Subtotal | $ 2,645,820.10 | | | |
| | | | | Total | $ 3,960,421.60 |
| 0 | Adjustments In | 0.00 | | | |
| 7 | Transfers In | 2,326,778.00 | | | |
| | Total | $ 4,972,598.10 | | Net Total Balance | $ 1,012,176.50 |

/s/ BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: ________________________________ Date: 10/29/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-06203 -CAS
Case Name: JONES AND BROWN COMPANY, INC.

Taxpayer ID No: *******4934
For Period Ending: 09/30/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7996 Tax Refund Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | BRENDA PORTER HELMS, TRUSTEE | | | | | |