## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JONES AND BROWN COMPANY, INC. | § | Case No. 08-06203 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE COURT
   219 s. DEARBORN STREET
   CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  on  in Courtroom 4016,
   Henry Hyde Judicial Office Facility
   505 N. County Farm Road
   Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/09/2012                     By: CLERK OF THE COURT


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
JONES AND BROWN COMPANY, INC. §    Case No. 08-06203
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ |
| and approved disbursements of | $ |
| leaving a balance on hand of[1] | $ |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000038 | BRYAN KINSER ENTERPRISES, INC | $ | $ | $ | $ |
| 000112B | LINN MATHES INC. | $ | $ | $ | $ |
| 000115 | HARMON BROWN LIMITED PARTNERSHIP | $ | $ | $ | $ |
| 000119B | IRWIN COMMERCIAL FINANCE | $ | $ | $ | $ |
| 000127 | METROPOLITAN STEEL, INC. | $ | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000130B | AMERICAN CHARTERED BANK | $ | $ | $ | $ |
| 000131B | JOLIET STEEL AND CONSTRUCTION, INC. | $ | $ | $ | $ |
| 000138B | MULHERIN, REHFELDT & VARCHETTO, P.C. | $ | $ | $ | $ |
| 000140 | LEOPARDO COMPANIES, INC. | $ | $ | $ | $ |
| 000141 | LEOPARDO COMPANIES, INC. | $ | $ | $ | $ |
| 000142 | LEOPARDO COMPANIES, INC. | $ | $ | $ | $ |
| 000143 | LEOPARDO COMPANIES, INC. | $ | $ | $ | $ |
| 000144 | LAMP, INC. | $ | $ | $ | $ |
| 000145 | CAMOSY, INC. | $ | $ | $ | $ |
| 000147B | WiNTHROP LAND PARTNERSHIP | $ | $ | $ | $ |
| 000148B | JBWLP LLC | $ | $ | $ | $ |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000149B | OSHKOSH DOOR COMPANY | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: The Helms Law Firm P.C. | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lssko & Associates, P.C. | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |
| Other: Alan D. Lasko & Associates, P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000029 | SCOTT TYLER | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000040 | GARCIA, TIBURCIO | $ | $ | $ |
| 000042 | TODD, DUANE | $ | $ | $ |
| 000045 | ORTIZ, ANTONIO V. | $ | $ | $ |
| 000046 | MARTINEZ, ANGELO | $ | $ | $ |
| 000057 | CRITES, MICHAEL O. | $ | $ | $ |
| 000058 | Iron Workers' Mid-America Pension Plan | $ | $ | $ |
| 000059 | Iron Workers' Mid-America Supplemental Monthly | $ | $ | $ |
| 000060 | Iron Workers' Tri-State Welfare Plan | $ | $ | $ |
| 000061 | Local 393 Apprentice Training Fund | $ | $ | $ |
| 000063 | Iron Workers' Local Union #393 Assessment | $ | $ | $ |
| 000064 | Iron Workers' Mid-America Industry Fund | $ | $ | $ |
| 000071 | STEVE COSGROVE | $ | $ | $ |
| 000075 | BENJAMIN ZAVALA | $ | $ | $ |
| 000094 | PATEL, LANE S. | $ | $ | $ |
| 000134B | JASON BEAUPRE | $ | $ | $ |
| 000166 | U S Department of Labor | $ | $ | $ |
| 000167B | Illinois Department of Employment Security | $ | $ | $ |
| 000168 | Illinois Department of Revenue Bankruptcy Section | $ | $ | $ |
| 000002B | Robert J West | $ | $ | $ |
| 111 | Larry Wright | $ | $ | $ |
| 18 | Frank Girdwain | $ | $ | $ |
| 71 | Steven Cosgrove | $ | $ | $ |
| 94 | Lane Patel | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 96 | Manuel Lopez | $ | $ | $ |
| 72 | Mike Mulligan | $ | $ | $ |
| 105 | Antonio Caballero | $ | $ | $ |
| 129 | Sheet Metal Workers International Assoc | $ | $ | $ |

Total to be paid to priority creditors             $_____

Remaining Balance                                  $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $             have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | W J HIGGINS & ASSOCIATES | $ | $ | $ |
| 000002 | Robert J West | $ | $ | $ |
| 000003 | ComEd | $ | $ | $ |
| 000004 | Superior Industrial Supply Co Inc | $ | $ | $ |
| 000005 | Reynolds Metal Company (dba Alcoa | $ | $ | $ |
| 000006 | CIT Technology Financing | $ | $ | $ |
| 000007 | CIT Technology Financing | $ | $ | $ |
| 000008 | Wurth Service Supply Inc | $ | $ | $ |
| 000009 | United Parcel Service | $ | $ | $ |
| 000010 | John Creighton | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Jackson-Wabash | $ | $ | $ |
| 000013 | USF Holland Inc | $ | $ | $ |
| 000014 | CLARION CONSTRUCTION, INC. | $ | $ | $ |
| 000015 | UNDERWRITERS LABORATORIES INC. | $ | $ | $ |
| 000016 | LIEBOVICH STEEL & ALUMINUM CO | $ | $ | $ |
| 000017 | WAREHOUSE DIRECT OFFICE PROD | $ | $ | $ |
| 000019 | MANUFACTURERS' NEWS, INC. | $ | $ | $ |
| 000020 | MECHANICAL TOWN SERVICES | $ | $ | $ |
| 000021 | TREE TOWNS REPRO SERVICE, INC. | $ | $ | $ |
| 000022 | BOLLER CONSTRUCTION INC | $ | $ | $ |
| 000023 | TYDIX PRODUCTS INC | $ | $ | $ |
| 000024 | CINTAS FIRST AID & SAFETY | $ | $ | $ |
| 000025 | CAPITAL CITY SHEET METAL, INC. | $ | $ | $ |
| 000026 | ZURBUCHEN OIL, INC. | $ | $ | $ |
| 000027 | THE SHERWIN-WILLIAMS CO. | $ | $ | $ |
| 000028 | INTEGRATED WEB SOLUTIONS | $ | $ | $ |
| 000030 | OSCO INCORPORATED | $ | $ | $ |
| 000031 | R.I. JOHNSON & ASSOCIATES | $ | $ | $ |
| 000032 | CUASAY & ASSOCIATES | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000033 | ILLINOIS FIRE & SAFETY COMPANY | $ | $ | $ |
| 000034 | STORAGE SYSTEMS INTERNATIONAL | $ | $ | $ |
| 000035 | JO - LAN | $ | $ | $ |
| 000036 | IKON Financial Services | $ | $ | $ |
| 000037 | HAGER HINGE CO. | $ | $ | $ |
| 000039 | ABH MFG., INC. | $ | $ | $ |
| 000041 | WEILAND STEEL, INC. | $ | $ | $ |
| 000043 | FABRICATION SPECIALTIES INC. | $ | $ | $ |
| 000044 | BEST IMAGING | $ | $ | $ |
| 000047 | DRAFT TEC, INC. | $ | $ | $ |
| 000048 | COMBINED MECHANICAL INDUSTRIES | $ | $ | $ |
| 000049 | CORNERSTONE SOLUTIONS | $ | $ | $ |
| 000050 | AIR FLOW ARCHITECTURAL, INC | $ | $ | $ |
| 000051 | REESE ENTERPRISES, INC | $ | $ | $ |
| 000052 | Intercall | $ | $ | $ |
| 000062 | Local 393 I.M.P.A.C.T. Fund | $ | $ | $ |
| 000065 | KONICA MINOLTA BUSINESS SOL | $ | $ | $ |
| 000066 | FASTRACK HARDWARE INC | $ | $ | $ |
| 000067 | JOE KANAK ENTERPRISES, INC. | $ | $ | $ |
| 000068 | DAVID C. SINITZKI | $ | $ | $ |
| 000069 | PRO FASTENING SYSTEMS, INC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000073 | ADDISON PIPE | $ | $ | $ |
| 000074 | KTECH CONSULTING Inc | $ | $ | $ |
| 000076 | KRAUSE, ROSEMARIE | $ | $ | $ |
| 000077 | INK IMAGES | $ | $ | $ |
| 000084 | MC MASTER-CARR SUPPLY CO. | $ | $ | $ |
| 000085 | TEE JAY SERVICE COMPANY, INC. | $ | $ | $ |
| 000086 | BACKGROUND RESOURCES, INC | $ | $ | $ |
| 000087 | CANAM STEEL CORPORATION | $ | $ | $ |
| 000088 | CANAM STEEL CORPORATION | $ | $ | $ |
| 000089 | TRESPA NORTH AMERICA LTD | $ | $ | $ |
| 000090 | TRIMCO | $ | $ | $ |
| 000092 | ANCO STEEL COMPANY | $ | $ | $ |
| 000093 | CHICAGO HOLLOW METAL, INC. | $ | $ | $ |
| 000097 | MANUFACTURING TECHNICAL SEARCH | $ | $ | $ |
| 000098 | FIRESTONE METAL PRODUCTS | $ | $ | $ |
| 000099 | JAGDISH (JACK) L. KHURANA | $ | $ | $ |
| 000100A | A-1 AIR COMPRESSOR CORP | $ | $ | $ |
| 000101 | FASTENAL COMPANY | $ | $ | $ |
| 000102 | WELDSTAR COMPANY | $ | $ | $ |
| 000103 | Alro Steel Corporation | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000106 | American Express Travel Related Svcs Co | $ | $ | $ |
| 000107 | F K Ketler Co | $ | $ | $ |
| 000109 | PRE-CUT FABRICATORS | $ | $ | $ |
| 000110 | Joliet Steel & Construction | $ | $ | $ |
| 000112A | Linn-Mathes Inc | $ | $ | $ |
| 000113 | John Creighton | $ | $ | $ |
| 000116 | TERRACE SUPPLY COMPANY | $ | $ | $ |
| 000117 | RICHARD GOODMAN | $ | $ | $ |
| 000118 | SUGAR STEEL CORPORATION | $ | $ | $ |
| 000119A | EQ Acquisitions 2003, Inc. | $ | $ | $ |
| 000120 | LCN Closers a unit of Ingersoll | $ | $ | $ |
| 000121 | Schlage Electronic Security | $ | $ | $ |
| 000122 | Schlage Lock Co a unit of | $ | $ | $ |
| 000123 | Steelcraft a unit of | $ | $ | $ |
| 000124 | Von Duprin | $ | $ | $ |
| 000125A | AJ Maggio Co | $ | $ | $ |
| 000126 | Rieck and Crotty, P.C. | $ | $ | $ |
| 000128 | AREA ERECTORS, INC. | $ | $ | $ |
| 000130A | American Chartered Bank | $ | $ | $ |
| 000131A | Joliet Steel and Construction, Inc. | $ | $ | $ |
| 000132 | JASON BEAUPRE | $ | $ | $ |
| 000134A | JASON BEAUPRE | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000139 | CONSOLIDATED SYSTEMS, INC | $ | $ | $ |
| 000146 | Safeco Insurance Company of America | $ | $ | $ |
| 000147A | Winthrop Land Partnership | $ | $ | $ |
| 000148A | JBWLP LLC | $ | $ | $ |
| 000149A | OSHKOSH DOOR COMPANY | $ | $ | $ |
| 000150 | BLACK DIAMOND PIPE & TUBE INC | $ | $ | $ |
| 000151 | PATRICK CREIGHTON | $ | $ | $ |
| 000154 | SCHULTZ, GREG | $ | $ | $ |
| 000040B | GARCIA, TIBURCIO | $ | $ | $ |
| 000042B | TODD, DUANE | $ | $ | $ |
| 000045B | ORTIZ, ANTONIO V. | $ | $ | $ |
| 000046B | MARTINEZ, ANGELO | $ | $ | $ |
| 000057B | CRITES, MICHAEL O. | $ | $ | $ |
| 000075B | Benjamin Zavala | $ | $ | $ |
| 130-4 | American Chartered Bank | $ | $ | $ |
| 53A | Al Wheeler | $ | $ | $ |
| 138A | Mulherin Rehfeldt & Varchetto | $ | $ | $ |
| 137 | Michael Krol | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                               $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000152 | FORT DEARBORN PARTNERS | $ | $ | $ |
| 000156 | National Energy Management | $ | $ | $ |
| 000157 | National Training Institute for | $ | $ | $ |
| 000165 | DaimlerChrysler Financial | $ | $ | $ |
| 000167A | Illinois Department of Employment Security | $ | $ | $ |
| 158 | Sheet Metal Workers In't'l Assoc | $ | $ | $ |
| 159 | Sheet Metal Occupational Health | $ | $ | $ |
| 160 | Sheet Metal Workers Nat'l Pension Fund | $ | $ | $ |
| 161 | Sheet Metal Workers Union Local 18 | $ | $ | $ |
| 162 | WI Sheet Metal Workers Heatlh | $ | $ | $ |
| 163 | WI Sheet Metal Workers Local 18 | $ | $ | $ |
| 164 | WI Sheet Metal Workers Local 18 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.